IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DARRELL E. WILLIAMS, | ) | |
| | ) | |
| Petitioner, | ) | Civil Action No. 23-1134 |
| | ) | |
| v. | ) | Judge Cathy Bissoon |
| | ) | Magistrate Judge Maureen P. Kelly |
| PROMEDICA HEALTH SYSTEMS INC. *et al.*, | ) ) | |
| | ) | |
| Respondents. | ) | |

**MEMORANDUM ORDER**

This case has been referred to United States Magistrate Judge Maureen P. Kelly for pretrial proceedings in accordance with the Magistrates Act, 28 U.S.C. §§ 636(b)(l)(B) and (C), and Local Rule of Civil Procedure 72.

On January 10, 2024, the Magistrate Judge issued a Report (Doc. 15) recommending that the Petition to Vacate Arbitration Award, which the Court construed as a Motion to Vacate Arbitration Award (Doc. 1), should be denied for lack of subject matter jurisdiction. As a result, the Magistrate Judge also recommended Respondents' Motion to Dismiss (Doc. 3) be denied as moot. Service of the Report and Recommendation ("R&R") has been made on Petitioner, he has filed objections (Doc. 16), and Respondents filed a response in opposition to Petitioner's objections (Doc. 17).

After a *de novo* review of the pleadings and documents in the case, together with the Report and Recommendation, the following Order is entered: Petitioner's Petition to Vacate Arbitration is construed as a Motion to Vacate Arbitration Award (**Doc. 1**) and is **DENIED**; Respondent's Motion to Dismiss (**Doc. 3**) is **DENIED** as **MOOT**; and the Magistrate Judge's R&R (Doc. 15) is adopted as the Opinion of the District Court.

IT IS SO ORDERED.

February 8, 2024

s/Cathy Bissoon
Cathy Bissoon
United States District Judge

cc (via ECF email notification):

All Counsel of Record